## Toledo, Peoria & Warsaw Railway Company

### *v.*

## Henry J. Miller.

EXCEPTIONS—*when necessary.* Unless the record shows that a party excepted to the ruling of the court below in admitting testimony, or in giving instructions, an assignment of error in respect thereto, will not avail.

APPEAL from the Circuit Court of Iroquois county; the Hon. CHARLES H. WOOD, Judge, presiding.

This was an action on the case, brought in the court below, by Miller, against the railroad company, to recover for a number of hogs and sheep, belonging to the plaintiff, and which were killed on the defendants' road. A trial resulted in a verdict and judgment for the plaintiff. The defendants appealed.

Messrs. BRYAN & COCHRAN, for the appellants

Messrs. BLADES & KAY, for the appellee.

Per CURIAM: The record does not show that appellants excepted to the ruling of the court in admitting testimony, nor

to giving the instruction asked by appellee, to the jury. There is nothing, therefore, for the consideration of this court, and the judgment must be affirmed, as the evidence sustains the verdict.

*Judgment affirmed.*